

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00061-CV

---

BBE REMODELING, LLC, FIRE & WATER RESTORATION, LLC,
AND BILL BOONE, APPELLANTS

V.

SALLIE JOHNSON AND ERIC JOHNSON, APPELLEES

---

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-367143-25, Melody M. Wilkinson, Presiding

---

June 5, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellants, BBE Remodeling, LLC; Fire & Water Restoration, LLC; and Bill Boone; appeal from the trial court's *Final Default Judgment*.[1] The Court previously abated this appeal to permit the parties to complete settlement negotiations. The parties have since reached a settlement and jointly move to dismiss the appeal.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

The Court finds that the motion to dismiss complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion, reinstate the cause, and dismiss the appeal. Pursuant to the request of the parties, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam